ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Tootle Construction, LLC | ) ASBCA No. 63581 |
| | ) |
| Under Contract No. FA4819-15-D-0002 | ) |

APPEARANCES FOR THE APPELLANT:    Laurence J. Zielke III, Esq.
                                  Janice M. Theriot, Esq.
                                   Zielke Law Firm, PLLC
                                   Louisville, KY

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter III, Esq.
                                   Air Force Deputy Chief Trial Attorney
                                  Aaron J. Weaver, Esq.
                                   Trial Attorney

ORDER OF DISMISSAL

The parties have settled the dispute and appellant consented to the government's motion to dismiss. We grant the motion and dismiss this appeal with prejudice.

Dated: February 9, 2024

_____
DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63581, Appeal of Tootle Construction, LLC, rendered in conformance with the Board's Charter.

Dated: February 12, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals